UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ACER, INC., et al, ) <br> ) <br> Defendants. ) | **JUDGMENT** <br><br> No. 5:14-MC-12-H |

**Decision by Court.**
**This case came before Magistrate Judge Kimberly A. Swank for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to transfer is **GRANTED** and the Clerk of Court is **DIRECTED** to transfer this case to the United States District Court for the Northern District of California for consideration of Lenovo's motion to quash.

This Judgment Filed and Entered on August 18, 2014 with service on:
Marc E. Gustafson ( via CM/ECF Notice of Electronic Filing)
Donald S. Nation (via CM/ECF Notice of Electronic Filing)
Jennifer A. Trusso (via CM/ECF Notice of Electronic Filing)
Matthew S. DeAntonio (via CM/ECF Notice of Electronic Filing)

JULIE A. RICHARDS, CLERK

/s/ Donna Rudd
(By): Donna Rudd, Deputy Clerk